IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIKE HISEROTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  05-4117-KGS |
| ) | |
| MIDWAY CO-OP ) | |
| ASSOCIATION, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER SETTING TRIAL DATE AND RELATED DEADLINES

This matter comes before the court upon the Consent to Jurisdiction by US Magistrate Judge and Order (Doc. 22), signed by Judge Robinson on September 15, 2006.

Upon consulting with the parties in this case, the court hereby reschedules the trial date for **August 6, 2007, at 9:00 a.m. in Topeka, Kansas.**

New deadlines have been established by the court and are contained within this order in the attached table.

**IT IS SO ORDERED.**

Dated this  5th  day of June, 2007, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| Extended deadline to complete any remaining discovery (if applicable) | N/A |
| Mediation/settlement conference (if applicable) | N/A |
| Dispositive motions (e.g., summary judgment) | N/A |
| Motions challenging admissibility of expert testimony | N/A |
| Trial | August 6, 2007, at 9:00 a.m. |
| Status and/or limine conference (if presently set) | TBD |
| Final witness & exhibit disclosures | July 16, 2007 |
| Objections to final witness & exhibit disclosures | July 23, 2007 |
| Exhibits marked | July 27, 2007 |
| Deposition testimony designated | July 16, 2007 |
| Objections to deposition designations, along with any counter-designations | July 20, 2007 |
| Objections to counter-designations of deposition testimony | July 24, 2007 |
| Submission of disputes concerning designated deposition testimony | July 27, 2007 |
| Motions in limine | July 16, 2007 |
| Briefs in opposition to motions in limine | July 23, 2007 |
| Proposed jury instructions | July 23, 2007 |
| Objections to proposed jury instructions | July 25, 2007 |
| Preliminary sets of proposed findings of fact and conclusions of law in bench trials | July 27, 2007 |